UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| PENNY SUE GRABLE | ) |
| | ) |
| vs. | ) Case No. 09-1067-CV-W-RED-SSA |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| | ) |

\_  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  Decision by Court.  This action came to decision before the Court.  The issues have been determined and a decision has been rendered.

The Court finds that remand would expedite administrative review, ensure that the Commissioner properly considers Plaintiff's claim, and could make judicial review unnecessary.  Accordingly, for good cause shown, the Court hereby **GRANTS** Defendant's Motion to Reverse and Remand with Suggestions in Support (Doc. 4).  Pursuant to sentence four of 42 U.S.C. Section 405(g), the Court orders that final judgment be entered reversing the decision of the Administrative Law Judge and remanding the case to the Commissioner for action in accordance with this order.

**IT IS SO ORDERED.**

| | |
|---|---|
| March 9, 2010 | Ann Thompson |
| Date | Clerk |

| | |
|---|---|
| Entered on: March 10, 2010 | s/ Karen. Siegert |
| | (By) Deputy Clerk |